# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Christopher Walsh,<br><br>　　　Debtor. | Case No.  12-13596-FJB<br><br>Chapter 7 |

### Motion by Chapter 7 Trustee for Authority to Conduct an Examination of Christopher Walsh Pursuant to Rule 2004

Warren E. Agin, duly appointed chapter 7 trustee (the "Trustee"), hereby moves for authority to conduct an examination of Christopher Walsh (the "Debtor") and for an order requiring the Debtor to produce at such examination all subpoenaed books, documents, and records relating to the bankruptcy estate. In support of his motion the Trustee states the following:

1.　On or about April 27, 2012, the Debtor filed a voluntary petition under chapter 7 of the United States Bankruptcy Code. Thereafter, the Trustee was appointed as interim trustee and continues to serve as chapter 7 trustee.

2.　In the years immediately prior to commencing this case, the Debtor operated numerous business entities, which the Trustee is investigating.

3.　The Trustee's investigation requires more documentation than the Debtor has provided. By concurrent motions, the Trustee seeks further documents from lenders accountants and an affiliate.

4.　Upon review of further documentation, the Trustee desires to examine Christopher Walsh as necessary for further relevant information.

WHEREFORE the Trustee moves that an order be entered pursuant to Rule 2004 of the Rules of Bankruptcy Procedure authorizing the examination of Christopher Walsh, on such date or dates, and at such locations as may be properly noticed by counsel to the Trustee, and further ordering Christopher

Walsh to produce at such examination all books, documents and records relating to the bankruptcy estate as requested by the Trustee but not yet produced; or for such other relief as the Court may deem appropriate.

Dated August 22, 2013.

                                      Warren E. Agin, as Trustee,
                                      By his Attorney,

                                      /s Taylor A. Greene
                                      Taylor A. Greene (BBO 645939)
                                      **Swiggart & Agin, LLC**
                                      197 Portland Street
                                      Boston, MA 02114
                                      (617) 742-0110 x202
                                      tag@swiggartagin.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

In re:

Christopher Walsh,

    Debtor.

Case No. 12-13596-FJB

Chapter 7

### CERTIFICATE OF SERVICE

I, Taylor A. Greene, do hereby certify that:

A. on August 22, 2013, I caused a copy of the foregoing motion to be served electronically upon the following parties pursuant to MEFR 9:

    Joseph P. Foley

    Office of the U.S. Trustee

    Brian Atherton

    Martha J. Awiszus

    Mitchell J. Levine

    Michael P Marsille

    Brian Vaughan

A. on August 22, 2013, I caused a copy of the motion to be served upon the following parties by first class U.S. mail, postage prepaid:

John Allaire
Easton Real Estate, LLC
690 Depot Street
Easton MA 02356

National Capital Management, LLC
PO Box 12786
Norfolk VA 23541

Christopher Walsh
66 Poquanticut Avenue
North Easton, MA 02356

                        /s/ Taylor A. Greene

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Christopher Walsh,<br><br>    Debtor. | Case No.  12-13596-FJB<br><br>Chapter 7 |

**Order on Motion by Chapter 7 Trustee for
Authority to Conduct an Examination of
Christopher Walsh Pursuant to Rule 2004**

Whereas Warren E. Agin, as Chapter 7 Trustee, having filed a *Motion by Chapter 7 Trustee for Authority to Conduct an Examination of **Christopher Walsh**  Pursuant to Rule 2004*, notice and hearing having been given, and good cause appearing therefore, it is hereby

Ordered that the *Motion by Chapter 7 Trustee for Authority to Conduct an Examination of **Christopher Walsh** Pursuant to Rule 2004* is allowed.

Dated: _____

_____
Hon. Frank J. Bailey
U.S. Bankruptcy Chief Judge